UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DEMETRIUS LOREDO WALKER,

    Plaintiff,

v.                                Case No.:   2:23-cv-186-SPC-NPM

INTERNAL REVENUE SERVICE,

    Defendant.
_____/

## ORDER

This matter comes before the Court on *sua sponte* review of the file. Four months ago, the assigned Magistrate Judge dismissed the Complaint under 28 U.S.C. § 1915(d) but gave pro se Plaintiff Demetrius Walker leave to amend. (Doc. 6). The undersigned then overruled Plaintiff's objection to the Magistrate Judge's order and gave Plaintiff until June 14—and then until July 14—to file an amended complaint. (Doc. 10; Doc. 13). The Court twice warned Plaintiff that not filing an amended complaint may result in the case being closed without further notice. To date, Plaintiff has filed no amended complaint. The Court thus dismisses this action. *See generally Auto. Alignment & Body Servs., Inc. v. State Farm*, 953 F.3d 707, 720 (11th Cir. 2020).

Accordingly, it is now

**ORDERED:**

(1) The above-captioned action is **DISMISSED**.

(2) The Clerk is **DIRECTED** to deny any motions as moot, terminate any deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida on July 20, 2023.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record